

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-15-00698-CR

James **GLESSNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1379-CR-C
The Honorable William Old, Judge Presiding

## O R D E R

On May 5, 2016, the court reporter filed a Notification of Late Record stating, in part, that appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record. On May 10, 2016, appellant filed a response stating that he is indigent and entitled to appeal without paying the reporter's fee. Accordingly, it is ORDERED that the reporter's record must be filed in this Court **no later than thirty (30) days** from the date of this order at no cost to appellant. The clerk of this Court is instructed to send a copy of this order to the court reporter.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court